IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WELLS FARGO INSURANCE SERVICES OF MINNESOTA, INC., | ) ) ) | |
| Plaintiff, | ) | 8:09CV50 |
| v. | ) ) | |
| KATHY MOCK, COLLABORATIVE INDUSTRIES, INC., AND QUALITY FIRST INSURANCE, LLC, | ) ) ) ) ) | ORDER |
| Defendants, | ) ) | |
| KATHY MOCK, | ) ) | |
| Counter Claimant, | ) | |
| v. | ) ) | |
| WELLS FARGO INSURANCE SERVICES OF MINNESOTA, INC., | ) ) ) | |
| Counter Defendant. | ) | |

This matter is before the court on Plaintiff/Counter Defendant's Motion to Restrict Documents Pursuant to Local Rule 5.0.3(c) (Filing No. 128). Having considered the motion and the documents filed therewith, and upon all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that Plaintiff/Counter Defendant's Motion (Filing No. 128) is **GRANTED** and the following documents shall remain designated as restricted:

1. Defendant Kathy Mock's W2 for 2008 attached to the Affidavit of Jeffrey S. Storms filed in support of WFIS' Motion for Summary Judgment;

2. The Affidavit of Michelle Mowrey Elliott filed in support of WFIS' Motion for Summary Judgment and the attached exhibits, which include Mike Zeigle's (a former WFIS employee) offer letter and earning's history for 2006; and

3.     Scott Crenshaw's W2 forms for 2008 and 2009 attached to the Affidavit of Scott Crenshaw filed in support of WFIS' Motion for Summary Judgment.

Dated: March 11, 2010.

                                                    BY THE COURT:

                                                    s/Thomas D. Thalken
                                                    United States Magistrate Judge