IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **WELLS FARGO INSURANCE SERVICES OF MINNESOTA, INC.,** | ) ) ) | **CASE NO. 8:09CV50** |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| **KATHY MOCK, COLLABORATIVE INDUSTRIES, INC., AND QUALITY FIRST INSURANCE, LLC,** | ) ) ) ) | **ORDER** |
| Defendants, | ) ) ) | |
| **KATHY MOCK,** | ) ) | |
| Counter Claimant, | ) ) ) | |
| vs. | ) ) | |
| **WELLS FARGO INSURANCE SERVICES OF MINNESOTA, INC.,** | ) ) ) | |
| Counter Defendant. | ) | |

This matter is before the Court on Defendant/Counter Claimant Kathy Mock's ("Mock") Motion for Extension of Time (Filing No. 143). Mock seeks an additional week to respond to Plaintiff/Counter Defendant's ("Wells Fargo") Motion for Summary Judgment (Filing No. 132). Wells Fargo objects to the extension (Filing No. 144). The Court has reviewed the motion and finds the extension should be granted.

Accordingly

IT IS ORDERED:

1. Defendant/Counter Claimant Kathy Mock's ("Mock") Motion for Extension of Time (Filing No. 143) is granted; and

2.	Defendant/Counter Claimant Kathy Mock's must respond to Plaintiff/Counter Defendant's Motion for Summary Judgment (Filing No. 132) on or before April 7, 2010.

DATED this 31st day of March, 2010.

> BY THE COURT:
>
> s/Laurie Smith Camp
> United States District Judge