UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| Wells Fargo Insurance Services of Minnesota, Inc., | Case No. 8:09-cv-00050 (LSC/TDT) |
| Plaintiff, | |
| v. | **PLAINTIFF'S DEPOSITION DESIGNATIONS** |
| Kathy Mock, Collaborative Industries, Inc., and Quality First Insurance, LLC, | |
| Defendants. | |

To the extent the witness is unavailable, Plaintiff designates the following deposition transcripts for use as evidence of the trial of this matter:

1. Jerico Abbott – All

2. Keith Kudej – All

3. Wendy Kay Grosse – All

4. Don Bakke – All

Plaintiff has no good cause to believe that any other witness may become unavailable, and reserves the right to amend this designation upon any new information to the contrary. Plaintiff further reserves the right to use all portions of any deposition transcript relative to this case for purposes of impeachment at the trial of this matter.

Dated: June 1, 2010

s/ Jeffrey S. Storms
Steven E. Rau (NE #21381)
Jeffrey S. Storms (MN # 387240, licensed D. Neb.)
**Attorneys for Plaintiff Wells Fargo Insurance Services**
FLYNN, GASKINS & BENNETT, L.L.P.
333 South Seventh Street, Suite 2900
Minneapolis, MN  55402-2440
612-333-9500
612-333-9579 (Fax)
srau@flynngaskins.com
jstorms@flynngaskins.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Patrick M. Flood
Hotz, Weaver, Flood, Breitkreutz & Grant
444 Regency Parkway, Suite 310
Omaha, NE 68114
patflood@hotzweaver.com

Robert S. Lannin
Shively & Lannin, P.C., L.L.O
4400 South 86th St, Suite 100
Lincoln, NE 68526
rlannin@shivelylaw.com

s/ Jeffrey S. Storms
Jeffrey S. Storms Jeffrey S. Storms (MN # 387240, licensed D. Neb.)