IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WELLS FARGO INSURANCE SERVICES OF MINNESOTA, INC., | ) ) ) | CASE NO.  8:09-CV-00050 |
| Plaintiff, | ) ) | |
| vs. | ) ) ) | DEFENDANT COLLABORATIVE INDUSTRIES, INC.'S REQUEST FOR RULING ON OBJECTIONS IN DEPOSITION |
| KATHY MOCK, COLLABORATIVE INDUSTRIES, INC., AND QUALITY FIRST INSURANCE, LLC, | ) ) ) ) | |
| Defendants. | ) | |

Defendants collectively request rulings on the following objections in the deposition of Don Bakke taken on March 3, 2010, identified as follows:

| Page Line: | Objections: | Ruling: | |
|---|---|---|---|
| 5:12-19 | Relevancy. | Sustained | Overruled |
| 5:20-23 | Relevancy, speculation. | Sustained | Overruled |
| 21:6-22:7 | Relevancy. | Sustained | Overruled |
| 43:5-12 | Speculation. | Sustained | Overruled |
| 52:14-22 | Relevancy, speculation. | Sustained | Overruled |
| 53:21-54:3 | Relevancy. | Sustained | Overruled |
| 54:8-23 | Relevancy. Assuming facts. Improper opinion testimony. | Sustained | Overruled |
| 55:16-25 | Relevancy, speculation, argumentative. | Sustained | Overruled |
| 56:6-8 | Relevancy. | Sustained | Overruled |
| 56:9-13 | Relevancy. | Sustained | Overruled |
| 56:24-57:7 | Relevancy. | Sustained | Overruled |

| | | | | |
|---|---|---|---|---|
| 57:8-17 | Relevancy. | | Sustained | Overruled |
| 67:12-14 | Relevancy. | | Sustained | Overruled |

                                                                                COLLABORATIVE INDUSTRIES, INC.,
                                                                               Defendant,

                                                                By:    SHIVELY & LANNIN, P.C., L.L.O.
                                                                                    Its Attorneys
                                                                                    4400 South 86th Street, Suite 100
                                                                                    Lincoln, NE  68526
                                                                                    (402) 488-5044 (phone)
                                                                                    (402) 488-5110 (fax)
                                                                                    rlannin@shivelylaw.com

                                                              By:    s/ Robert S. Lannin
                                                                                    Robert S. Lannin, #17941

### CERTIFICATE OF SERVICE

     I hereby certify that on the 7th day of June, 2010, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Steven E. Rau, #21381
Flynn, Gaskins & Bennett, L.L.P.
333 South Seventh Street, Suite 2900
Minneapolis, MN  55402-2440
srau@flynngaskins.com

Patrick M. Flood, #19042
Hotz, Weaver, Flood, Breitkreutz & Grant
444 Regency Parkway Drive, Suite 310
Omaha, NE  68114-3779
patflood@hotzweaver.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

     None

                                                                                        BY:    /s/ Robert S. Lannin
                                                                                                 Robert S. Lannin, #17941