# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WELLS FARGO INSURANCE SERVICES )<br>OF MINNESOTA, INC. )<br>                                         )<br>        Plaintiff,       )<br>                                         )<br>     v.                   )<br>                                         )<br>KATHY MOCK, QUALITY )<br>FIRST INSURANCE, LLC, and )<br>COLLABORATIVE INDUSTRIES, INC., )<br>                                         )<br>       Defendants.    ) | 8:09CV50<br><br>ORDER |

Upon notice of settlement by defendants (Filing No. 185),

**IT IS ORDERED that:**

1. **On or before July 14, 2010**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Judge Laurie Smith Camp, at *smithcamp@ned.uscourts.gov,* a draft order which will fully dispose of the case. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

2. The trial scheduled for the week of July 13, 2010 is cancelled.

3. All currently pending motions are hereby dismissed as moot.

4. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice in accordance with NECivR 68.1.

DATED this 16th day of June, 2010.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge