## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **WELLS FARGO INSURANCE SERVICES OF MINNESOTA, INC.,** | ) ) ) | **CASE NO. 8:09CV50** |
| **Plaintiff,** | ) ) | |
| **vs.** | ) ) | |
| **KATHY MOCK, COLLABORATIVE INDUSTRIES, INC., AND QUALITY FIRST INSURANCE, LLC,** | ) ) ) ) | **ORDER** |
| **Defendants,** | ) ) | |
| **KATHY MOCK,** | ) ) | |
| **Counter Claimant,** | ) ) | |
| **vs.** | ) ) | |
| **WELLS FARGO INSURANCE SERVICES OF MINNESOTA, INC.,** | ) ) ) | |
| **Counter Defendant.** | ) | |

This matter is before the Court on the parties' Joint Stipulation for Dismissal with Prejudice (Filing No. 187). The stipulation complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved. The parties will bear their own costs and attorney fees. Accordingly,

IT IS ORDERED:

1.   The parties' Joint Stipulation for Dismissal (Filing No. 187) is approved;

2.   All claims asserted by Plaintiff Wells Fargo Insurance Services of Minnesota, Inc. against Defendants Kathy Mock, Collaborative Industries, Inc., and Quality First Insurance, LLC, are dismissed with prejudice; and

3.     The parties will bear their own costs.

DATED this 15th day of July, 2010.

                              BY THE COURT:


                              s/Laurie Smith Camp
                              United States District Judge